Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP. of WASHINGTON; JP MORGAN CHASE BANK, N.A.; Bank of America N.A. as Successor by Merger to LASALLE BANK NA as TRUSTEE for Washington Mutual Mortgage Pass-through Certificates WaMu Series 2007-OA4 Trust,<br><br>          Defendants. | No. 10-CV-1979 RAJ<br><br>NOTICE OF APPEARANCE |

     PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for JP Morgan Chase Bank, N.A. and Bank of America, N.A., as successor by merger to LaSalle Bank as Trustee for Washington Mutual Pass-Through Certificates WaMu Series 2007-0A4 Trust, and request that all future papers or pleadings except original process be served upon its said attorneys at the address stated below.

/ / / / /

/ / / / /

NOTICE OF APPEARANCE -- 1
DWT 16092443v1 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    DATED this 13th day of December, 2010.

2                                    Davis Wright Tremaine LLP
                                     Attorneys for Defendants
3                                    JP Morgan Chase Bank, N.A. and
                                     Bank of America, N.A., as successor by merger to
4                                    LaSalle Bank as Trustee for Washington Mutual
                                     Pass-Through Certificates WaMu Series 2007-
5                                    0A4 Trust

6                                    By   *s/ Fred B. Burnside*
                                        Fred B. Burnside, WSBA #32491
7                                       Matthew Sullivan, WSBA #40873
                                        1201 Third Avenue, Suite 2200
8                                       Seattle, Washington 98101-3045
                                        Telephone: (206) 622-3150
9                                       Fax: (206) 757-7700
                                        E-mail: fredburnside@dwt.com
10                                      E-mail: matthewsullivan@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE -- 2
DWT 16092443v1 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150  ·  Fax: (206) 757-7700

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on December 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Edward L. Mueller**
  elm@muellerlawfirm.net

DATED this 13th day of December, 2010.

> Davis Wright Tremaine LLP
> Attorneys for Defendants
> JP Morgan Chase Bank, N.A. and
> Bank of America, N.A., as successor by merger to LaSalle Bank as Trustee for Washington Mutual Pass-Through Certificates WaMu Series 2007-0A4 Trust
>
> By   *s/ Fred B. Burnside*
>      Fred B. Burnside, WSBA #32491
>      1201 Third Avenue, Suite 2200
>      Seattle, Washington  98101-3045
>      Telephone: (206) 622-3150
>      Fax: (206) 757-7700
>      E-mail: fredburnside@dwt.com

NOTICE OF APPEARANCE -- 3
DWT 16092443v1 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700